MCP

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Kenneth Mayle,

Plaintiff(s),

vs.

The City of Chicago,

Defendant(s).

**RECEIVED**

AUG 18 2023

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Case No.

1:23-cv-05693
Judge Thomas M. Durkin
Magistrate Judge Keri L. Holleb Hotaling
**RANDOM**

## COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

*This form complaint is designed to help you, as a pro se plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1. This is a claim for violation of plaintiff's civil rights as protected by the Constitution and laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2. The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3. Plaintiff's full name is Kenneth William Mayle.

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

4. Defendant, __The City of Chicago and operator of the Market days event__, is
   (name, badge number if known)

   ☐ an officer or official employed by _____
   (department or agency of government)
   _____ or

   ☒ an individual not employed by a governmental entity. __Market days Security under city sanction__.

   *If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.*

5. The municipality, township or county under whose authority defendant officer or official acted is __the City of Chicago__. As to plaintiff's federal constitutional claims, the municipality, township or county is a defendant only if custom or policy allegations are made at paragraph 7 below.

6. On or about __8/13/23__, at approximately __6:00__ ☐ a.m. ☒ p.m.
   (month, day, year)
   plaintiff was present in the municipality (or unincorporated area) of __the city of Chicago, Belmont and Halsted__, in the County of __Cook__, State of Illinois, at __event entrance of Market Days (A street fair)__
   (identify location as precisely as possible)

   when defendant violated plaintiff's civil rights as follows (*Place X in each box that applies*):

   ☐ arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;
   ☒ searched plaintiff or his property without a warrant and without reasonable cause;
   ☐ used excessive force upon plaintiff;
   ☐ failed to intervene to protect plaintiff from violation of plaintiff's civil rights by one or more other defendants;
   ☐ failed to provide plaintiff with needed medical care;
   ☒ conspired together to violate one or more of plaintiff's civil rights;
   ☒ Other: __Denied passage to a friends place of residence only accessable by Roscoe/Halsted streets. Posted only dogs are allowed passage on event website__

7. Defendant officer or official acted pursuant to a custom or policy of defendant

__I have rats + walk in public within a backpack carrier.__

municipality, county or township, which custom or policy is the following: (*Leave blank if no custom or policy is alleged*): Security prohibits passage with sealed alcohol to citizens trying to reach friends residents. Claims to only allow passage with dogs.

8. Plaintiff was charged with one or more crimes, specifically:

_____

_____

_____

_____

_____

9. (*Place an X in the box that applies. If none applies, you may describe the criminal proceedings under "Other"*) The criminal proceedings

☐ are still pending.

☐ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

☐ Plaintiff was found guilty of one or more charges because defendant deprived me of a fair trial as follows_____

_____.

☐ Other: _____.

10. Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*)

14th Amendment - equal protection. Likely 4th Amendment related to unreasonable searches.

[1] Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

11. Defendant acted knowingly, intentionally, willfully and maliciously.

12. As a result of defendant's conduct, plaintiff was injured as follows:

    Had to throw away sealed alcohol or denied access to my friends Residence/event.

13. Plaintiff asks that the case be tried by a jury.  ☑ Yes    ☐ No

14. Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or any other claim that may be supported by the allegations of this complaint.

WHEREFORE, plaintiff asks for the following relief:

(A.) Damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage and any other injuries inflicted by defendant;

B. ☐ *(Place X in box if you are seeking punitive damages.)* Punitive damages against the individual defendant; and

(C.) Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature: __(signature)__

Plaintiff's name *(print clearly or type)*: Kenneth William Mayle

Plaintiff's mailing address: 1034 N Kavlov Ave

City: Chicago   State: IL   ZIP: 60651

Plaintiff's telephone number: 248-635-7455

Plaintiff's email address *(if you prefer to be contacted by email)*: ken.mayle@gmail.com

15. Plaintiff has previously filed a case/cases in this district. ☒ Yes  ☐ No

    *If yes, please list the case(s) below.*
    2A, 14A, 4A   complaint related to wicker park fest approx. 1 week ago.

*Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.*

ENTER:
FOR THE COURT

__(signature)__ James F. Holderman
Chief Judge

Dated at Chicago, Illinois this 4th day of May, 2010.

Kerry Mayle
1034 N. Karlov Ave
Chicago, IL 60651



Everett Mckinley Dirksen United States Courthouse
Attn Clerks office
219 S. Dearborn Street
Chicago, IL 60604